BEFORE THE FIRST DIVISION, OCTOBER 16, 1943

No. 48882.—Protests 68772–K, etc., of S. S. Kresge Co. et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.